Benavidez-Diaz vs USA         CAB-02-131

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Occasional family gifts to assist me with my expenses

United States District Court
Southern District of Texas
ENTERED

JUL 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Wife, Norma Diaz; children: Dennis Dee Dee, aged 11; Daena, aged 6; and Desirae, age 1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7-10-02_          _[signature] Joel B. Diaz_
           (Date)                (Signature of Applicant)

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _$488.67_ on account to his credit at the _FCI Bastrop, Tx._ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _Last 6 month deposits $1,960.52_

I further certify that during the last six months the applicant's average balance was $ _$326_

_J. Tatum, C/C_
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ United States Judge    Date | _[signature]_   _7-16-02_ United States Judge   Date or Magistrate |