United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| JOEL BENAVIDEZ DIAZ,<br>　　　　　　　Petitioner )<br>　)<br>　)<br>vs.　　　　　　　　　　　　　　　 )<br>　)<br>　)<br>UNITED STATES OF AMERICA,　 )<br>　　　　　　　Respondent ) | CIVIL ACTION NO. B-02-131<br>CRIMINAL NO. B-01-139 |

**PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

TO THE HONORABLE JUDGE OF THIS COURT

　　COMES NOW, the Petitioner, Joel Benavidez Diaz, in the above numbered and styled cause to present his Objections to Magistrate Judge's Report and Recommendation.

OBJECTION 1: Petitioner objects to the Magistrate Judge's conclusion that his counsel was not ineffective. Petitioner believes that his counsel was ineffective because he did not cite adequate authority to support his assertion that the weapon in question had no relation to the drugs - subject of Petitioner's conviction.

OBJECTION 2: Petitioner objects to the assertion that counsel was not ineffective by not raising the sentencing court's application of § 2D1.1(b)(1) on direct appeal.

　　Dated this __5__ of November, 2002

Respectfully submitted

*Joel B. Diaz*
Joel Benavidez Diaz
Reg. No. 94714-079
Bastrop F.C.I.
P.O. BOX 1010
Bastrop, TX 78602-1010

### CERTIFICATE OF SERVICE

I, Joel Benavidez Diaz, do hereby certify that a true and correct copy of the foregoing Objections to Magistrate Judge's Report and Recommendation was sent via pre-paid U.S. Mail to the United States Attorney, 1036 E. Levee Street, P.O. Box 1671, Brownsville, TX 78520

*Joel B. Diaz*
Joel Benavidez Diaz

Clerk, United States District Court,
Southern District of Texas, Brownsville
600 E. Harrison Street,
Brownsville, TX 78520