United States District Court
Southern District of Texas
ENTERED
MAR 31 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
MAR 26 2004
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL BENAVIDEZ DIAZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. B-02-131 |
| | § | (CR. NO. B-01-139) |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

## ORDER ON PETITIONER'S MOTION TO APPEAL IN FORMA PAUPERIS

Pending before the Court is Petitioner Benavidez Diaz's Application to Appeal In Forma Pauperis (Docket No. 16). Petitioner's Motion for Section 2255 relief was denied (Docket No. 10). Following the denial of his motion, the Petitioner filed a Request for Certificate of Appealability (Docket No. 11), which was also denied (Docket No. 14). Petitioner then filed a Notice of Appeal (Docket No. 15). It is necessary for the Court to rule on the Petitioner's In Forma Pauperis Application so as to allow his appeal to proceed. In support of his motion, Petitioner filed an affidavit of indigency. However, he did not file a certified copy of his prison trust fund account, or an equivalent document from his penal institution, for the six-month period prior to his filing of notice of appeal. *See* 28 U.S.C. § 1915(a)(2). In order for the Court to rule on Benavidez Diaz's Motion to Appeal In Forma Pauperis, the Petitioner must obtain a copy of his prison account statement –for the last six months– from the appropriate official at the institution where he is confined and submit the document to this Court. *See id.*

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 26th day of March 2004.

Felix Recio
United States Magistrate Judge