IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOEL BENAVIDEZ DIAZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. B-02-131 |
| | § | CR. NO. B-01-139 |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's request for a Certificate of Appealability should be, and is, hereby DENIED.

DONE at Brownsville, Texas, this ___18___ day of December, 2003.

Hilda G. Tagle
United States District Judge