IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEL BENAVIDEZ DIAZ<br>    Petitioner,<br><br>Vs.<br><br>UNITED STATES OF AMERICA<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. B-02-131<br>CR No.   B-01-139 |

## NOTICE OF APPEAL

**COMES NOW**, Joel Benavidez Diaz, Petitioner in the above titled and styled cause and files this **Notice of Appeal** referent to the Court's Order of December 18, 2003, denying his request for a Certificate of Appealability.

Dated this 04 day of January 2004.

Respectfully submitted,

Joel Benavidez Diaz