# United States District Court

| | DISTRICT |
|---|---|
| | SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE |

TITLE **UNITED STATES OF AMERICA**
v.
**JOEL BENAVIDEZ DIAZ**

DOCKET NO. **No. 04-40114**
usdc **No. B-02-CV_131**
MAGISTRATE CASE **B-01-CR-139-1**

16

I, Joel Benavidez Diaz, declare that I am the (check appropriate box)

☐ petitioner/plaintiff  ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant  ☐ **Appellant** _____ other

United States District Court
Southern District of Texas
FILED

FEB 1 7 2004

Michael N. Milby
Clerk of Court

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ■
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.   2/15/01
   $1200 per month.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment  Yes ☐  No ■
   b. Rent payments, interest or dividends?  Yes ☐  No ■
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ■
   d. Gifts or inheritances?  Yes ☐  No ■
   e. Any other sources?  Yes ■  No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

$40.00 a month from family members
$12.40 per month as an orderly at the federal institution

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐   No ■   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ■
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-10-04
                (Date)                                    Signature of Applicant

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant herein has the sum of $ __.83__ on account to his credit at the __FCI BASTROP TX__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: ____

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge      Date | United States Judge      Date |
|                                 | or Magistrate |