IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 1 2004

Michael N. Milby
Clerk of Court

JOEL BENAVIDEZ DIAZ,
    Petitioner,

v.

UNITED STATES OF AMERICA
    Respondent.

C.A. NO. B-02-131
(CR. NO. B-01-139)

### RESPONSE TO ORDER TO PROVIDE COURT WITH PRISON ACCOUNT STATEMENT

Comes now, Petitioner Joel Benavidez Diaz, in compliance with this Court's Order and provides the attached copies of his prison trust fund account for the previous six months.

Sincerely,

Joel Benavidez Diaz, 94714-079
Bastrop FCI
P.O. Pox 1010
Bastrop, TX 78602-1010

### CERTIFICATE OF SERVICE

I Joel Benavidez Diaz do hereby certify that a true and correct copy of the foregoing was sent via pre-paid first class U.S. Mail on this day 17th of April, 2004 to:
Mr. James Lee Turner, AUSA
US Attorney's Offices
515 Rusk
Houston, TX 77002

Joel Benavidez Diaz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOEL BENAVIDEZ DIAZ,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>    Respondent. | C.A. NO. B-02-131<br>(CR. NO. B-01-139 |

United States District Court
Southern District of Texas
FILED
APR 2 1 2004
Michael N. Milby
Clerk of Court

### RESPONSE TO ORDER TO PROVIDE COURT WITH PRISON ACCOUNT STATEMENT

Comes now, Petitioner Joel Benavidez Diaz, in compliance with this Court's Order and provides the attached copies of his prison trust fund account for the previous six months.

Sincerely,

*[signature]*

Joel Benavidez Diaz,   94714-079
Bastrop FCI
P.O. Pox 1010
Bastrop, TX   78602-1010

### CERTIFICATE OF SERVICE

I Joel Benavidez Diaz do hereby certify that a true and correct copy of the foregoing was sent via pre-paid first class U.S. Mail on this day 17th of April, 2004 to:
Mr. James Lee Turner, AUSA
US Attorney's Offices
515 Rusk
Houston, TX   77002

*[signature]*

Joel Benavidez Diaz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEL BENAVIDEZ DIAZ, Petitioner, | § § § |
| v. | §   C.A. NO. B-02-131 § (CR. NO. B-01-139 § |
| UNITED STATES OF AMERICA Respondent. | § § § |

### RESPONSE TO ORDER TO PROVIDE COURT WITH PRISON ACCOUNT STATEMENT

Comes now, Petitioner Joel Benavidez Diaz, in compliance with this Court's Order and provides the attached copies of his prison trust fund account for the previous six months.

Sincerely,

/s/ Joel Benavidez Diaz
Joel Benavidez Diaz, 94714-079
Bastrop FCI
P.O. Pox 1010
Bastrop, TX 78602-1010

### CERTIFICATE OF SERVICE

I Joel Benavidez Diaz do hereby certify that a true and correct copy of the foregoing was sent via pre-paid first class U.S. Mail on this day 17th of April, 2004 to:
Mr. James Lee Turner, AUSA
US Attorney's Offices
515 Rusk
Houston, TX 77002

/s/ Joel Benavidez Diaz
Joel Benavidez Diaz

Date: 04/09/2004
Time: 7:41:48 am

**Federal Bureau of Prisons**
**TRUFACS**
**View Inmate Transactions**
Limited Official Use

Facility: BAS

**Criteria:** View All Transactions

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/2004 06:35:51 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($36.25) | 62 | | | $234.17 |
| 04/05/2004 09:41:24 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($13.00) | ITS0405 | | | $270.42 |
| 04/05/2004 10:32:25 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $10.20 | 4JV0058 | | | $283.42 |
| 04/05/2004 10:32:25 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $5.25 | 4JV0058 | | | $273.22 |
| 04/01/2004 02:57:18 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 15404 | 1050496 | | $267.97 |
| 03/31/2004 09:44:49 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS0331 | | | $167.97 |
| 03/31/2004 05:55:29 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($73.00) | 37 | | | $177.97 |
| 03/31/2004 02:58:46 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 15273 | 1050495 | | $250.97 |
| 03/27/2004 04:47:19 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS0327 | | | $150.97 |
| 03/26/2004 03:11:21 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $100.00 | 14935 | 1127518 | | $160.97 |
| 03/18/2004 05:23:45 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($69.34) | 19 | | | $60.97 |
| 03/16/2004 08:00:30 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($4.00) | ITS0316 | | | $130.31 |
| 03/08/2004 05:19:13 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3007 | Sales | ($36.07) | 16 | | | $134.31 |
| 03/05/2004 09:58:17 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($18.00) | ITS0305 | | | $170.38 |
| 03/05/2004 09:45:44 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0052 | | | $188.38 |
| 03/03/2004 03:13:22 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $50.00 | 13002 | 1127509 | | $175.78 |
| 03/02/2004 05:20:21 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3007 | Sales | ($63.05) | 36 | | | $125.78 |

WorkstationID: BAS7S3X511        UserID: BAS2002        Page 1 of 5

Date: 04/09/2004
Time: 7:41:48 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2004 03:40:24 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0228 | | | $188.83 |
| 02/27/2004 02:18:16 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $200.00 | | 1050458 | | $200.83 |
| 02/09/2004 08:21:00 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($9.00) | ITS0209 | | | $0.83 |
| 02/09/2004 05:37:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Sales | ($42.00) | 33 | | | $9.83 |
| 02/06/2004 12:19:01 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0043 | | | $51.83 |
| 02/03/2004 05:03:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($40.95) | 11 | | | $39.23 |
| 01/30/2004 10:14:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS0130 | | | $80.18 |
| 01/28/2004 06:58:22 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($73.25) | 67 | | | $95.18 |
| 01/26/2004 07:03:24 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0126 | | | $168.43 |
| 01/23/2004 03:08:36 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | | 1050423 | | $180.43 |
| 01/22/2004 02:54:48 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | | 1050422 | | $80.43 |
| 01/18/2004 07:23:07 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($3.00) | ITS0118 | | | $30.43 |
| 01/18/2004 02:54:48 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($7.00) | ITS0118 | | | $37.43 |
| 01/17/2004 08:17:34 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($6.00) | ITS0117 | | | $40.43 |
| 01/12/2004 04:55:16 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($64.45) | 14 | | | $46.43 |
| 01/11/2004 03:17:34 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0111 | | | $110.88 |
| 01/09/2004 09:11:21 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0031 | | | $122.88 |
| 01/07/2004 02:40:40 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | | 1052200 | | $110.28 |
| 01/04/2004 06:01:30 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS0104 | | | $60.28 |

WorkstationID: BAS7S3X511    UserID: BAS2002    Page 2 of 5

Date: 04/09/2004  
Time: 7:41:48 am

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2003 06:13:01 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3009 | Sales | ($70.45) | 47 | | | $70.28 |
| 12/30/2003 02:33:44 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $60.00 | 7754 | 1052190 | | $140.73 |
| 12/28/2003 08:35:44 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS1228 | | | $80.73 |
| 12/24/2003 09:45:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($20.00) | ITS1224 | | | $90.73 |
| 12/24/2003 09:55:08 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $40.00 | 7124 | 1052350 | | $110.73 |
| 12/23/2003 03:47:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $40.00 | 7065 | 1052349 | | $70.73 |
| 12/18/2003 10:18:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($16.00) | ITS1218 | | | $30.73 |
| 12/18/2003 07:00:49 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($33.84) | 57 | | | $46.73 |
| 12/12/2003 06:37:13 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS1212 | | | $80.57 |
| 12/08/2003 06:34:33 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3007 | Sales | ($65.94) | 33 | | | $95.57 |
| 12/05/2003 02:59:46 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $10.00 | 5278 | 1052172 | | $161.51 |
| 12/05/2003 09:04:35 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0018 | | | $151.51 |
| 12/04/2003 06:12:52 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1204 | | | $138.91 |
| 12/01/2003 03:17:03 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 4747 | 1052162 | | $150.91 |
| 11/28/2003 02:49:28 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 4678 | 1052161 | | $50.91 |
| 11/26/2003 10:19:46 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($9.00) | ITS1126 | | | $0.91 |
| 11/26/2003 05:31:57 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($53.21) | 30 | | | $9.91 |
| 11/25/2003 07:05:00 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($27.35) | 71 | | | $63.12 |
| 11/23/2003 07:20:18 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($7.00) | ITS1123 | | | $90.47 |

WorkstationID: BAS7S3X511  
UserID: BAS2002  
Page 3 of 5

Date: 04/09/2004  
Time: 7:41:48 am

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/2003 06:52:26 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($58.47) | 71 | | | $97.47 |
| 11/18/2003 10:13:44 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1118 | | | $155.94 |
| 11/12/2003 03:34:11 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 3329 | 1052145 | | $167.94 |
| 11/10/2003 06:38:05 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($31.45) | 62 | | | $117.94 |
| 11/10/2003 05:29:02 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1110 | | | $149.39 |
| 11/04/2003 08:12:37 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($56.55) | 111 | | | $161.39 |
| 11/03/2003 10:39:42 AM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0017 | | | $217.94 |
| 11/02/2003 05:05:48 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS1102 | | | $205.34 |
| 10/28/2003 02:47:33 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $40.00 | 2111 | 1052130 | | $215.34 |
| 10/26/2003 02:37:58 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($14.00) | ITS1026 | | | $175.34 |
| 10/23/2003 07:11:00 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($70.61) | 94 | | | $189.34 |
| 10/22/2003 02:58:04 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $70.00 | 1636 | 1052108 | | $259.95 |
| 10/21/2003 07:51:07 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1021 | | | $189.95 |
| 10/14/2003 07:23:52 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($17.80) | 88 | | | $201.95 |
| 10/12/2003 03:23:45 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS1012 | | | $219.75 |
| 10/10/2003 02:49:54 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 930 | 1052094 | | $234.75 |
| 10/07/2003 06:21:58 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($91.22) | 46 | | | $134.75 |
| 10/07/2003 12:28:28 PM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $30.00 | 548 | 1052088 | | $225.97 |
| 10/06/2003 09:50:06 AM | 9471 4079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0003 | | | $195.97 |

WorkstationID: BAS7S3X511   UserID: BAS2002   Page 4 of 5

Date: 04/09/2004
Time: 7:41:48 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/2003 09:45:50 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1005 | | | $183.37 |
| 10/03/2003 06:53:29 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($33.45) | 118 | | | $195.37 |

**Total Number Transactions: 76**

WorkstationID: BAS7S3X511
UserID: BAS2002
Page 5 of 5

Date: 04/09/2004
Time: 7:41:48 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2004 03:40:24 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0228 | | | $188.83 |
| 02/27/2004 02:18:16 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $200.00 | 12667 | 1050458 | | $200.83 |
| 02/09/2004 08:21:00 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($9.00) | ITS0209 | | | $0.83 |
| 02/09/2004 05:37:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($42.00) | 33 | | | $9.83 |
| 02/06/2004 12:19:01 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0043 | | | $51.83 |
| 02/03/2004 05:03:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($40.95) | 11 | | | $39.23 |
| 01/30/2004 10:14:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS0130 | | | $80.18 |
| 01/28/2004 06:58:22 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($73.25) | 67 | | | $95.18 |
| 01/26/2004 07:03:24 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0126 | | | $168.43 |
| 01/23/2004 03:08:36 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 9582 | 1050423 | | $180.43 |
| 01/22/2004 02:54:48 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 9457 | 1050422 | | $80.43 |
| 01/18/2004 07:23:07 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($3.00) | ITS0118 | | | $30.43 |
| 01/18/2004 07:21:51 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($7.00) | ITS0118 | | | $37.43 |
| 01/17/2004 08:17:34 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($6.00) | ITS0117 | | | $40.43 |
| 01/12/2004 04:55:16 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($64.45) | 14 | | | $46.43 |
| 01/11/2004 03:17:34 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0111 | | | $110.88 |
| 01/09/2004 09:11:21 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0031 | | | $122.88 |
| 01/07/2004 02:40:40 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 8378 | 1052200 | | $110.28 |
| 01/04/2004 06:01:30 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS0104 | | | $60.28 |

Date: 04/09/2004  
Time: 7:41:48 am

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2003 06:13:01 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3009 | Sales | ($70.45) | 47 | | | $70.28 |
| 12/30/2003 02:33:44 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $60.00 | 7754 | 1052190 | | $140.73 |
| 12/28/2003 08:35:44 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS1228 | | | $80.73 |
| 12/24/2003 09:45:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($20.00) | ITS1224 | | | $90.73 |
| 12/24/2003 09:55:08 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $40.00 | 7124 | 1052350 | | $110.73 |
| 12/23/2003 03:47:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $40.00 | 7065 | 1052349 | | $70.73 |
| 12/18/2003 10:18:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($16.00) | ITS1218 | | | $30.73 |
| 12/18/2003 07:00:49 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($33.84) | 57 | | | $46.73 |
| 12/12/2003 06:37:13 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS1212 | | | $80.57 |
| 12/08/2003 06:34:33 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3007 | Sales | ($65.94) | 33 | | | $95.57 |
| 12/05/2003 02:59:46 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $10.00 | 5278 | 1052172 | | $161.51 |
| 12/05/2003 09:04:35 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 43V0018 | | | $151.51 |
| 12/04/2003 06:12:52 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1204 | | | $138.91 |
| 12/01/2003 03:17:03 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 4747 | 1052162 | | $150.91 |
| 11/28/2003 02:49:28 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 4678 | 1052161 | | $50.91 |
| 11/26/2003 10:19:46 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($9.00) | ITS1126 | | | $0.91 |
| 11/26/2003 05:31:57 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($53.21) | 30 | | | $9.91 |
| 11/25/2003 07:05:00 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($27.35) | 71 | | | $63.12 |
| 11/23/2003 07:20:18 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($7.00) | ITS1123 | | | $90.47 |

WorkstationID: BAS7S3X511  
UserID: BAS2002  
Page 3 of 5

Date: 04/09/2004　　　　　　　　　　　　　　　　　　　　　　　Facility: BAS
Time: 7:41:48 am

## Federal Bureau of Prisons
## TRUFACS
### View Inmate Transactions
Limited Official Use

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2003 06:52:26 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($58.47) | 71 | | $97.47 |
| 11/18/2003 10:13:44 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1118 | | $155.94 |
| 11/12/2003 03:34:11 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 3329 | 1052145 | $167.94 |
| 11/10/2003 06:38:05 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($31.45) | 62 | | $117.94 |
| 11/10/2003 05:29:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1110 | | $149.39 |
| 11/04/2003 08:12:37 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($56.55) | 111 | | $161.39 |
| 11/03/2003 10:39:42 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0017 | | $217.94 |
| 11/02/2003 05:05:48 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS1102 | | $205.34 |
| 10/28/2003 02:47:33 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $40.00 | 2111 | 1052130 | $215.34 |
| 10/26/2003 02:37:58 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($14.00) | ITS1026 | | $175.34 |
| 10/23/2003 07:11:00 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($70.61) | 94 | | $189.34 |
| 10/22/2003 02:58:04 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $70.00 | 1636 | 1052108 | $259.95 |
| 10/21/2003 07:51:07 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1021 | | $189.95 |
| 10/14/2003 07:23:52 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($17.80) | 88 | | $201.95 |
| 10/12/2003 03:23:45 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS1012 | | $219.75 |
| 10/10/2003 02:49:54 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 930 | 1052094 | $234.75 |
| 10/07/2003 06:21:58 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($91.22) | 46 | | $134.75 |
| 10/07/2003 12:28:28 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $30.00 | 548 | 1052088 | $225.97 |
| 10/06/2003 09:50:06 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0003 | | $195.97 |

WorkstationID: BAS7S3X511　　　　　　　　　　　　　　　　　UserID: BAS2002　　　　　　Page 4 of 5

Date: 04/09/2004
Time: 7:41:48 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/2003 09:45:50 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1005 | | | $183.37 |
| 10/03/2003 06:53:29 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($33.45) | 118 | | | $195.37 |

Total Number Transactions: 76

WorkstationID: BAS7S3X511
UserID: BAS2002

Date: 04/09/2004
Time: 7:41:48 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: BAS

Criteria: View All Transactions

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/2004 06:35:51 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($36.25) | 62 | | | $234.17 |
| 04/05/2004 09:41:24 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($13.00) | ITS0405 | | | $270.42 |
| 04/05/2004 10:32:25 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $10.20 | 4JV0058 | | | $283.42 |
| 04/05/2004 10:32:25 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $5.25 | 4JV0058 | | | $273.22 |
| 04/01/2004 09:44:49 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 15404 | 1050496 | | $267.97 |
| 03/31/2004 02:57:18 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS0331 | | | $167.97 |
| 03/31/2004 05:55:29 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($73.00) | 37 | | | $177.97 |
| 03/31/2004 02:58:46 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 15273 | 1050495 | | $250.97 |
| 03/27/2004 04:47:19 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS0327 | | | $150.97 |
| 03/26/2004 03:11:21 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $100.00 | 14935 | 1127518 | | $160.97 |
| 03/18/2004 05:23:45 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($69.34) | 19 | | | $60.97 |
| 03/16/2004 08:00:30 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($4.00) | ITS0316 | | | $130.31 |
| 03/08/2004 05:19:13 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3007 | Sales | ($36.07) | 16 | | | $134.31 |
| 03/05/2004 09:58:17 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($18.00) | ITS0305 | | | $170.38 |
| 03/05/2004 09:45:44 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0052 | | | $188.38 |
| 03/03/2004 03:13:22 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $50.00 | 13002 | 1127509 | | $175.78 |
| 03/02/2004 05:20:21 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3007 | Sales | ($63.05) | 36 | | | $125.78 |

WorkstationID: BAS7S3X511

UserID: BAS2002

Page 1 of 5

Date: 04/09/2004
Time: 7:41:48 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2004 03:40:24 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0228 | | | $188.83 |
| 02/27/2004 02:18:16 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $200.00 | 12667 | 1050458 | | $200.83 |
| 02/09/2004 08:21:00 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($9.00) | ITS0209 | | | $0.83 |
| 02/09/2004 05:37:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($42.00) | 33 | | | $9.83 |
| 02/06/2004 12:19:01 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0043 | | | $51.83 |
| 02/03/2004 05:03:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($40.95) | 11 | | | $39.23 |
| 01/30/2004 10:14:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS0130 | | | $80.18 |
| 01/28/2004 06:58:22 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($73.25) | 67 | | | $95.18 |
| 01/26/2004 07:03:24 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0126 | | | $168.43 |
| 01/23/2004 03:08:36 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 9582 | 1050423 | | $180.43 |
| 01/22/2004 02:54:48 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 9457 | 1050422 | | $80.43 |
| 01/18/2004 07:23:07 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($7.00) | ITS0118 | | | $30.43 |
| 01/18/2004 07:21:51 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($3.00) | ITS0118 | | | $37.43 |
| 01/17/2004 08:17:34 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($6.00) | ITS0117 | | | $40.43 |
| 01/12/2004 04:55:16 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3005 | Sales | ($64.45) | 14 | | | $46.43 |
| 01/11/2004 03:17:34 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS0111 | | | $110.88 |
| 01/09/2004 09:11:21 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0031 | | | $122.88 |
| 01/07/2004 02:40:40 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 8378 | 1052200 | | $110.28 |
| 01/04/2004 06:01:30 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS0104 | | | $60.28 |

WorkstationID: BAS7S3X511

UserID: BAS2002

Date: 04/09/2004  
Time: 7:41:48 am

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2003 06:13:01 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3009 | Sales | ($70.45) | 47 | | | $70.28 |
| 12/30/2003 02:33:44 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $60.00 | 7754 | 1052190 | | $140.73 |
| 12/28/2003 08:35:44 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS1228 | | | $80.73 |
| 12/24/2003 09:45:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($20.00) | ITS1224 | | | $90.73 |
| 12/24/2003 09:55:08 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $40.00 | 7124 | 1052350 | | $110.73 |
| 12/23/2003 03:47:39 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2001 | Local Collections | $40.00 | 7065 | 1052349 | | $70.73 |
| 12/18/2003 10:18:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($16.00) | ITS1218 | | | $30.73 |
| 12/18/2003 07:00:49 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($33.84) | 57 | | | $46.73 |
| 12/12/2003 06:37:13 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS1212 | | | $80.57 |
| 12/08/2003 06:34:33 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3007 | Sales | ($65.94) | 33 | | | $95.57 |
| 12/05/2003 02:59:46 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $10.00 | 5278 | 1052172 | | $161.51 |
| 12/05/2003 09:04:35 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0018 | | | $151.51 |
| 12/04/2003 06:12:52 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1204 | | | $138.91 |
| 12/01/2003 03:17:03 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 4747 | 1052162 | | $150.91 |
| 11/28/2003 02:49:28 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 4678 | 1052161 | | $50.91 |
| 11/26/2003 10:19:46 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($9.00) | ITS1126 | | | $0.91 |
| 11/26/2003 05:31:57 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($53.21) | 30 | | | $9.91 |
| 11/25/2003 07:05:00 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($27.35) | 71 | | | $63.12 |
| 11/23/2003 07:20:18 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($7.00) | ITS1123 | | | $90.47 |

WorkstationID: BAS7S3X511                UserID: BAS2002                Page 3 of 5

Date: 04/09/2004
Time: 7:41:48 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/2003 06:52:26 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($58.47) | 71 | | | $97.47 |
| 11/18/2003 10:13:44 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1118 | | | $155.94 |
| 11/12/2003 03:34:11 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $50.00 | 3329 | 1052145 | | $167.94 |
| 11/10/2003 06:38:05 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($31.45) | 62 | | | $117.94 |
| 11/10/2003 05:29:02 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1110 | | | $149.39 |
| 11/04/2003 08:12:37 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($56.55) | 111 | | | $161.39 |
| 11/03/2003 10:39:42 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0017 | | | $217.94 |
| 11/02/2003 05:05:48 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($10.00) | ITS1102 | | | $205.34 |
| 10/28/2003 02:47:33 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $40.00 | 2111 | 1052130 | | $215.34 |
| 10/26/2003 07:11:00 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($14.00) | ITS1026 | | | $175.34 |
| 10/23/2003 02:37:58 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($70.61) | 94 | | | $189.34 |
| 10/22/2003 02:58:04 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $70.00 | 1636 | 1052108 | | $259.95 |
| 10/21/2003 07:51:07 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1021 | | | $189.95 |
| 10/14/2003 07:23:52 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($17.80) | 88 | | | $201.95 |
| 10/12/2003 03:23:45 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($15.00) | ITS1012 | | | $219.75 |
| 10/10/2003 02:49:54 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $100.00 | 930 | 1052094 | | $234.75 |
| 10/07/2003 06:21:58 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3002 | Sales | ($91.22) | 46 | | | $134.75 |
| 10/07/2003 12:28:28 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Local Collections | $30.00 | 548 | 1052088 | | $225.97 |
| 10/06/2003 09:50:06 AM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS2002 | Payroll - IPP | $12.60 | 4JV0003 | | | $195.97 |

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Date: 04/09/2004
Time: 7:41:48 am

Facility: BAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/2003 09:45:50 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | AMServic | ITS Withdrawal | ($12.00) | ITS1005 | | | $183.37 |
| 10/03/2003 06:53:29 PM | 94714079 | DIAZ, JOEL BENAVIDE | BAS | BAS3004 | Sales | ($33.45) | 118 | | | $195.37 |

Total Number Transactions: 176

WorkstationID: BAS7S3X511
UserID: BAS2002
Page 5 of 5