IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 26 2004
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
APR 27 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOEL BENAVIDEZ DIAZ, § | |
| Petitioner, § | |
| § | |
| v. § | C.A. NO. B-02-131 |
| § | (CR. NO. B-01-139) |
| UNITED STATES OF AMERICA § | |
| Respondent. § | |

## ORDER GRANTING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

On March 26, 2004, this Court issued an order pertaining to Petitioner Diaz's motion to appeal in forma pauperis. The order informed Diaz that, in order to rule on his motion seeking to appeal in forma pauperis, he must submit a copy of his prison trust fund account for the six-month period prior to his filing of notice of appeal. Diaz complied with that order by submitting a copy of his prison trust account (Docket No. 18). Accordingly, this Court is now able to rule on Diaz's eligibility for in forma pauperis status on appeal. Having considered the Motion to Proceed In Forma Pauperis On Appeal, the Court is of the opinion that it should be and is hereby GRANTED.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 26th day of April, 2004.

Felix Recio
United States Magistrate Judge