IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE

United States District Court
Southern District of Texas
FILED
SEP 13 2004
Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, Respondent | § § § § § § § § § | |
|---|---|---|
| vs. | | USDC Nos. B-02-CV-131 B-01-CR-139-1 |
| JOEL BENAVIDEZ DIAZ, Petitioner | | |

MOTION REQUESTING THE ENTRY OF A RULE 58 JUDGEMENT

TO THE HONORABLE COURT:

COMES NOW, Joel Benavidez Diaz, Petitioner in the above-numbered and entitled Cause, to present this Motion Requesting the Entry of a Rule 58 Judgement.

No final judgement has yet been entered as a separate document as required by Fed. R. Civ. P. 58 in this matter, thereby preventing the Petitioner from presenting an appeal.

Respectfully submitted,

_____
Joel Benavidez Diaz
Reg. No. 94714-079
Federal Correctional Institution
P.O. Box 1010,
Bastrop, TX  78602-1010

CERTIFICATE OF SERVICE

I JOEL BENAVIDEZ DIAZ, do hereby certify, that a true an correct copy of the foregoing MOTION REQUESTING THE ENTRY OF A RULE 58 JUDGMENT was sent on this day 31 of August, 2004, via pre-paid, first-class US Mail to :

The United States Attorney,
1036 E. Levee Street,
P.O. Box 1671,
Brownsville Texas 78520

_____
Joel Benavidez Diaz