UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOEL BENAVIDEZ DIAZ | * | |
| VS | * | CIVIL ACTION NO. B-02-131 |
| UNITED STATES OF AMERICA | * | (Cr. No. B01-139) |

## ORDER STRIKING DOCUMENT

The Clerk has filed your <u>Motion Requesting the Entry of a Rule 58 Judgment</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District.

1. ____   Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____   Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ____   One or more of the following are not included beneath the attorney's signature:
   (a)   state bar number; or
   (b)   Southern District of Texas Federal Bar Number; or
   (c)   office address including zip code; or
   (d)   telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____   A copy of the filing was not provided (LR.5.2).

5. ____   No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ____   No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. ____   Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____   A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. __X__   Other: <u>This case is pending before the Fifth Circuit Court of Appeals. All motions filed by the parties must be filed with the Fifth Circuit Court of Appeals. This Court no longer has jurisdiction while it is on appeal.</u>

The document is stricken from the record.

Date: <u>September 17, 2004</u>

_____
Felix Recio, United States Magistrate Judge