JOEL BENAVIDEZ DIAZ
REG. NO. 94714-079
BASTROP F.C.I.
P.O. BOX 1010
BASTROP, TX  78602-1010



December 17, 2004

United States District Court,
Deputy Clerk,
600 E. Harrison Street, #101
Brownsville, Texas  78520

     Joel Benavidez Diaz  vs United States of America
       Civil Action No. B-02-131  (Cr  No. B01-139)

Dear Deputy Clerk;
    On August 4, 2004, the U.S. Court of Appeals for the Fifth
Circuit dismissed my appeal of the district court's denial of my
28 U.S.C. Section 2255 Motion on the basis that "no final judgment
has been entered  as a separate document as required by Fed. R. Civ.
P. 58." Further: "Diaz may rectify the lack of a separate judgment
document by filing in the **district court** a motion requesting the
entry of a Rule 58 judgment. (See Appendix A - hereto attached.)
    In August of 2004, I filed the motion (as per 5th Circuit
suggestion) requesting the entry of a Rule 58 Judgment. (See Appendix
B, hereto.)
    You have informed me that: "This case is pending before the
Fifth Circuit Court of Appeals. All motions filed by the parties
must  be filed with the Fifth Circuit Court of Appeals. This Court
no longer has jurisdiction while it is on appeal." (See Appendix C,
hereto.)
    In light of the foregoing, please reinstate my Motion in order
for me to continue with my appeal at the 5th Circuit after it has
been properly ruled upon.
    Thanking you in advance.

Sincerely,

Joel Benavidez Diaz