APPENDIX A

United States Court of Appeals
Fifth Circuit
**F I L E D**
August 4, 2004
Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40114
Summary Calendar

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

JOEL BENAVIDEZ DIAZ,

                Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC Nos. B-02-CV-131
B-01-CR-139-1
--------------------

Before JOLLY, EMILIO M. GARZA, and PICKERING, Circuit Judges.

PER CURIAM:[*]

    Joel Benavidez Diaz, federal prisoner #94714-079, requests a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2255 motion. This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). An examination of the record in this case discloses that no final judgment has been entered as a separate document as required by

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

FED. R. CIV. P. 58.  See Baker v. Mercedes Benz of N. Am., 114 F.3d 57, 60 (5th Cir. 1997).

If we were to treat the order of November 14, 2002, as a Rule 58 judgment, there was no timely notice of appeal filed by Diaz.  Moreover, because, under the peculiar facts of this case, it would be unjust to apply the amendments to FED. R. CIV. P. 58, effective December 1, 2002, we conclude that the appeal must be dismissed pursuant to the procedure set out in Townsend v. Lucas, 745 F.2d 933, 934 (5th Cir. 1984).  See Burt v. Ware, 14 F.3d 256, 258-59 (5th Cir. 1994).  Diaz may rectify the lack of a separate document judgment by filing in the district court a motion requesting the entry of a Rule 58 judgment.  See id. After a Rule 58 judgment is entered, a new notice of appeal must be filed within the time prescribed by FED. R. APP. P. 4(a)(1). See id.

APPEAL DISMISSED; COA DENIED AS MOOT.

**APPENDIX B**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Respondent | § § § § | |
| vs. | § § § § | USDC Nos. B-02-CV-131<br>B-01-CR-139-1 |
| JOEL BENAVIDEZ DIAZ,<br>　　Petitioner | § § | |

### MOTION REQUESTING THE ENTRY OF A RULE 58 JUDGEMENT

TO THE HONORABLE COURT:

COMES NOW, Joel Benavidez Diaz, Petitioner in the above-numbered and entitled Cause, to present this Motion Requesting the Entry of a Rule 58 Judgement.

No final judgement has yet been entered as a separate document as required by Fed. R. Civ. P. 58 in this matter, thereby preventing the Petitioner from presenting an appeal.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Joel B. Diaz*
　　　　　　　　　　　　　　　　Joel Benavidez Diaz
　　　　　　　　　　　　　　　　Reg. No. 94714-079
　　　　　　　　　　　　　　　　Federal Correctional Institution
　　　　　　　　　　　　　　　　P.O. Box 1010,
　　　　　　　　　　　　　　　　Bastrop, TX 78602-1010

### CERTIFICATE OF SERVICE

I JOEL BENAVIDEZ DIAZ, do hereby certify, that a true an correct copy of the foregoing MOTION REQUESTING THE ENTRY OF A RULE 58 JUDGMENT was sent on this day _____ of August, 2004, via pre-paid, first-class US Mail to :

The United States Attorney,
1036 E. Levee Street,
P.O. Box 1671,
Brownsville Texas 78520

　　　　　　　　　　　　　　　　*/s/ Joel B. Diaz*
　　　　　　　　　　　　　　　　Joel Benavidez Diaz

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent | § § § § | |
| vs. | § § § § | USDC Nos. B-02-CV-131<br>B-01-CR-139-1 |
| JOEL BENAVIDEZ DIAZ,<br>    Petitioner | § § | |

MOTION REQUESTING THE ENTRY OF A RULE 58 JUDGEMENT

TO THE HONORABLE COURT:

COMES NOW, Joel Benavidez Diaz, Petitioner in the above-numbered and entitled Cause, to present this Motion Requesting the Entry of a Rule 58 Judgement.

No final judgement has yet been entered as a separate document as required by Fed. R. Civ. P. 58 in this matter, thereby preventing the Petitioner from presenting an appeal.

Respectfully submitted,

_____
Joel Benavidez Diaz
Reg. No. 94714-079
Federal Correctional Institution
P.O. Box 1010,
Bastrop, TX  78602-1010

CERTIFICATE OF SERVICE

I JOEL BENAVIDEZ DIAZ, do hereby certify, that a true an correct copy of the foregoing MOTION REQUESTING THE ENTRY OF A RULE 58 JUDGMENT was sent on this day _____ of August, 2004, via pre-paid, first-class US Mail to :

The United States Attorney,
1036 E. Levee Street,
P.O. Box 1671,
Brownsville Texas 78520

_____
Joel Benavidez Diaz

**APPENDIX C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOEL BENAVIDEZ DIAZ  *
VS  *  CIVIL ACTION NO. B-02-131
UNITED STATES OF AMERICA  *  (Cr. No. B01-139)

## ORDER STRIKING DOCUMENT

The Clerk has filed your <u>Motion Requesting the Entry of a Rule 58 Judgment</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District.

1. ____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____ Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ____ One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____ A copy of the filing was not provided (LR.5.2).

5. ____ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. ____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. _X_ Other: <u>This case is pending before the Fifth Circuit Court of Appeals. All motions filed by the parties must be filed with the Fifth Circuit Court of Appeals. This Court no longer has jurisdiction while it is on appeal.</u>

The document is stricken from the record.

Date: <u>September 17, 2004</u>

Felix Recio, United States Magistrate Judge